UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YORON COHEN,                                                                                   CIVIL ACTION NO.: 17-CV-03471

                                                            vs                                 *Plaintiff*

JONES LANG LASALLE IP, INC., et al.,

                                                                                               *Defendant*

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware

That on **05/15/2017** at **12:45 PM** at **2711 Centerville Rd, Suite 400, Wilmington, DE 19808**

deponent served **Summons in a Civil Action and Complaint, Civil Cover Sheet**

on **Jones Lang LaSalle IP, Inc. c/o Corporation Service Company**, a Delaware Corporation,

by delivering thereat a true copy of each to **Lynanne Gares** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant's registered agent and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 16, 2018

Sworn to before me this
15th day of May, 2017

_____                                                        _____
NOTARY PUBLIC                                                                   Kevin S. Dunn