UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>                                Plaintiff,<br><br>v.<br><br>JONES LANG LASALLE IP, INC.,<br>PETER RIGUARDI,<br>and STEPHEN SCHLEGEL<br><br>                                Defendants. | Civil Action No. 17-cv-03471-DLC<br><br>*ELECTRONICALLY FILED* |

## NOTICE OF APPEARANCE FOR JASON D. BURNS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      Please enter the appearance of Jason D. Burns, of the law firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants Jones Lang LaSalle Americas, Inc. (incorrectly identified in the Complaint as "Lang Lasalle IP, Inc."), Peter Riguardi, and Stephen Schlegel (together, "Defendants") in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: May 31, 2017                      Respectfully submitted,

                                                    MORGAN, LEWIS & BOCKIUS LLP

                                                    By: /s/ Jason D. Burns
                                                    Jason D. Burns
                                                    101 Park Avenue
                                                    New York, NY 10178
                                                    Phone: (212) 309-6000
                                                    Fax:   (212) 309-6001
                                                    Email: jason.burns@morganlewis.com

                                                    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Jason D. Burns, an attorney, certify that I served the foregoing NOTICE OF APPEARANCE FOR JASON D. BURNS by causing a true and correct copy of the same to be delivered via ECF to all parties of record:

on this 31st day of May, 2017.

/s/     Jason D. Burns
Jason D. Burns
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178