# Morgan Lewis

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060
Tel.  +1.212.309.6000
Fax: +1.212.309.6001
www.morganlewis.com

**Jason D. Burns**
+1.212.309.6342
Jason.Burns@morganlewis.com

May 31, 2017

**BY ECF**

The Honorable Denise L. Cote, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York 10007

>   Re:   *Yoron Cohen v. Lang LaSalle IP, Inc., Peter Riguardi, and Stephen Schlegel*
>         Case No. 17-CV-03471 (DLC)

Dear Judge Cote:

    Our firm represents Defendants Jones Lang LaSalle Americas, Inc. ("JLL", incorrectly identified in the Complaint as "Lang LaSalle IP, Inc."), Peter Riguardi, and Stephen Schlegel (together, "Defendants") in the above-captioned matter.  We write with the consent of Plaintiff's counsel to request that the time for JLL to answer or otherwise respond to the Complaint be extended from June 5, 2017 to July 6, 2017.  This is the first such request for an extension of time by JLL.  The parties have also agreed that the deadline for Mr. Riguardi and Mr. Schlegel to answer or otherwise respond to the Complaint will be July 6, 2017.

    Thank you for Your Honor's consideration.

Respectfully submitted,


MORGAN LEWIS & BOCKIUS LLP

By: */s/ Jason D. Burns*
Jason D. Burns

*Attorneys for Defendants*


cc: All counsel of record (*via ECF*)

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Singapore  Tokyo  Washington
Wilmington

DB1/ 92410326.1