UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>                     Plaintiff,<br><br>  v.<br><br>JONES LANG LASALLE IP, INC.,<br>PETER RIGUARDI,<br>and STEPHEN SCHLEGEL,<br><br>                     Defendants. | No. 17-CV-3471 (DLC)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned appears as counsel for Plaintiff Yoron Cohen in the above-referenced action and respectfully requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon the undersigned at the address set forth below.

Dated: May 31, 2017                    Respectfully submitted,

                                                  HARDER MIRELL & ABRAMS LLP

                                                  By: s/ Charles J. Harder
                                                          Charles J. Harder

                                                 132 S. Rodeo Drive, Fourth Floor
                                               Beverly Hills, California 90212
                                               Tel. (424)-203-1600
                                               charder@hmafirm.com