UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>            Plaintiff,<br><br>    -against-<br><br>JONES LANG LASALLE IP, INC., PETER RIGUARDI and STEPHEN SCHLEGEL,<br><br>            Defendants. | Civil Action No. 17-CV-3471 (DLC)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* FOR**<br>**<u>RYAN J. STONEROCK</u>** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, for an Order for admission to practice *Pro Hac Vice* to appear as Counsel for Plaintiff Yoron Cohen in the above-captioned action.

I am in good standing of the bar of the state of California. I have never been convicted of a felony or have been censured, suspended, disbarred or denied admission or readmission by any court and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 13, 2017.        Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: Ryan J. Stonerock, Esq.

Firm Name:  Harder Mirell & Abrams LLP
Address:  132 S. Rodeo Drive, Fourth Floor
City / State / Zip:  Beverly Hills, CA, 90212
Telephone / Fax:  Phone: 424.203.1600  Fax: 424.203.1601
E-Mail:  rstonerock@hmafirm.com