UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>            Plaintiff,<br><br>-against-<br><br>JONES LANG LASALLE IP, INC., PETER RIGUARDI and STEPHEN SCHLEGEL,<br><br>            Defendants. | Civil Action No. 17-CV-3471 (DLC)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* FOR <u>RYAN J. STONEROCK</u>** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned, Ryan J. Stonerock, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.
2. I am a member of the firm Harder Mirell & Abrams LLP, which maintains its offices at 132 S. Rodeo Drive, 4th Floor, Beverly Hills, CA 90212, telephone number 424-203-1600, fax number 424-203-1601, e-mail address rstonerock@hmafirm.com.
3. I am admitted to the bar of the State of California.
4. I have never been convicted of a felony or have been censured, suspended, disbarred or denied admission or readmission by any court and there are no pending disciplinary proceedings against me in any state or federal court.
5. I have fully reviewed and am familiar with the Rules of the United States District Court for the Southern District of New York.

Dated: June 13, 2017     Respectfully Submitted,

_____

Applicant Signature