UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>          Plaintiff,<br><br>-against-<br><br>JONES LANG LASALLE IP, INC., PETER RIGUARDI and STEPHEN SCHLEGEL,<br><br>          Defendants. | Civil Action No. 17-CV-3471 (DLC)<br><br>**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR <u>RYAN J. STONEROCK</u>** |

Upon the motion of Ryan J. Stonerock, Esq., for admission to practice P*ro Hac Vice* in the above-caption action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of California, and that his/her contact information is as follows

| | |
|---|---|
| Applicant's Name: | Ryan J. Stonerock |
| Firm Name: | Harder Mirell & Abrams LLP |
| Address: | 132 S. Rodeo Drive, 4th Floor |
| City / State / Zip | Beverly Hills, CA 90212 |
| Telephone / Fax: | Phone: Fax: 424.203.1600 / 424.203.1601 |
| Email: | rstonerock@hmafirm.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Yoron Cohen, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____

                                                                           United States District / Magistrate Judge

{Client/083792/1/01335126.DOC;1 }