Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendant*
*Jones Lang LaSalle Americas, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YORON COHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONES LANG LASALLE IP, INC.,<br>PETER RIGUARDI,<br>and STEPHEN SCHLEGEL,<br><br>　　　　　Defendants. | CIVIL ACTION NO.  17-cv-03471 (DLC)<br><br>**ELECTRONICALLY FILED** |

**DEFENDANT JONES LANG LASALLE AMERICAS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Jones Lang LaSalle Americas, Inc., (incorrectly identified in the Complaint as "Jones Lang LaSalle IP, Inc."), by and through its undersigned attorneys, submits the following Corporate Disclosure Statement:

Jones Lang LaSalle Americas, Inc. is a wholly owned subsidiary of Jones Lang LaSalle Incorporated.  No other company or entity owns 10% or more of Jones Lang LaSalle Americas, Inc.'s stock.

Jones Lang LaSalle IP, Inc., which is not a proper party to this action, is a wholly owned subsidiary of Jones Lang LaSalle Incorporated.  No other company or entity owns 10% or more of Jones Lang LaSalle IP, Inc.'s stock.

|  |  |
|---|---|
| Dated: July 6, 2017 | Respectfully submitted, |
|  | **MORGAN, LEWIS & BOCKIUS LLP** |
|  | By: */s/ Jason D. Burns*   <br>        Jason D. Burns |
|  | 101 Park Avenue <br> New York, NY 10178 <br> Tel: (212) 309-6000 <br> Fax: (212) 309-6001 <br> jason.burns@morganlewis.com |
|  | *Attorneys for Defendant Jones Lang LaSalle Americas, Inc.* |