UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YORON COHEN,

                **Plaintiff,**

          **v.**

JONES LANG LASALLE IP, INC.,
PETER RIGUARDI,
and STEPHEN SCHLEGEL

                **Defendants.**

Civil Action No.  17-cv-03471-DLC

**MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, MICHAEL L. BANKS, hereby move this Court for an Order for admission Pro Hac Vice to appear as counsel for Defendants Jones Lang LaSalle Americas, Inc. (incorrectly identified in the Complaint as "Lang Lasalle IP, Inc."), Peter Riguardi, and Stephen Schlegel (together, "Defendants").

I am a member in good standing of the bar of the Commonwealth of Pennsylvania.  My certificate of good standing is annexed to my Affidavit as Exhibit A.  There are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 25, 2017

                Respectfully submitted,

                */s/ Michael L. Banks*
                Michael L. Banks
                MORGAN, LEWIS & BOCKIUS, LLP
                1701 Market Street
                Philadelphia, PA  19103-2921
                215.963.5387 (telephone)
                215.963.5001 (fax)
                michael.banks@morganlewis.com

                *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2017, I caused a copy of the foregoing Motion for Admission Pro Hac Vice to be served on all parties of record via ECF.

*/s/ Michael L. Banks*
Michael L. Banks