UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JONES LANG LASALLE IP, INC.,<br>PETER RIGUARDI,<br>and STEPHEN SCHLEGEL<br><br>　　　　　　　　Defendants. | Civil Action No.  17-cv-03471-DLC<br><br>**AFFIDAVIT OF**<br>**MICHAEL L. BANKS IN SUPPORT OF**<br>**MOTION TO ADMIT COUNSEL PRO HAC**<br>**VICE** |

Commonwealth of Pennsylvania　)
　　　　　　　　　　　　　　　)　ss:
County of Philadelphia　　　　  )

MICHAEL L. BANKS, being duly sworn, hereby deposes and says as follows:

1.　I am a partner with the law firm of Morgan, Lewis & Bockius LLP

2.　I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.　As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4.　I have never been convicted of a felony.

5.　I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.　There are no pending disciplinary proceedings against me in any state or federal court.

5.　WHEREFORE, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants Jones Lang LaSalle Americas,

DB1/ 71196941.1

Inc. (incorrectly identified in the Complaint as "Lang Lasalle IP, Inc."), Peter Riguardi, and Stephen Schlegel (together, "Defendants").

Dated July 21, 2017

                                          Michael L. Banks
                                          1701 Market Street
                                          Philadelphia, PA  19103
                                          Tel. 215-963-5387
                                          Fax. 215-963-5001

_Christine M. Grimm_
Notary Public

My Commission Expires:

                          COMMONWEALTH OF PENNSYLVANIA
                                 NOTARIAL SEAL
                          Christine M. Grimm, Notary Public
                       City of Philadelphia, Philadelphia County
                       My Commission Expires Feb. 23, 2020
                     MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES