# EXHIBIT A



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Michael L. Banks, Esq.*

#### DATE OF ADMISSION

*November 6, 1981*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 21, 2017

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk