UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>      **Plaintiff,**<br><br>  v.<br><br>JONES LANG LASALLE IP, INC.,<br>PETER RIGUARDI,<br>and STEPHEN SCHLEGEL<br><br>      **Defendants.** | Civil Action No.  17-cv-03471-DLC<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

  The motion of Michael L. Banks, for admission to practice Pro Hac Vice in the above-captioned case is GRANTED.

  Applicant has declared that he is a member in good standing of the Commonwealth of Pennsylvania; and that his contact information is as follows:

>  Michael L. Banks
>  Morgan, Lewis & Bockius LLP
>  1701 Market Street
>  Philadelphia, PA 19103-2921
>  215.963.5387 (telephone)

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Jones Lang LaSalle Americas, Inc. (incorrectly identified in the Complaint as "Lang Lasalle IP, Inc."), Peter Riguardi, and Stephen Schlegel (together, "Defendants") in the above-entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

- 2 -

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____
                                                                  United States District Judge