

488 MADISON AVENUE, EIGHTEENTH FLOOR
NEW YORK, NY 10022 · 212.799.1400

132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS, CA 90212 · 424.203.1600

WWW.HMAFIRM.COM

September 12, 2017

**VIA ECF**

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    Yoron Cohen v. Jones Lang LaSalle IP, Inc., Case No. 17-cv-03471

Dear Judge Cote:

    We represent plaintiff Yoron Cohen in this action.  The Court has scheduled an Initial Case Management Conference for October 6, 2017 at 10:30 a.m.

    I will be co-lead trial counsel with Anthony Harwood.  I am located in the firm's Los Angeles office while Mr. Harwood is located in the firm's New York office.  Mr. Harwood plans to attend the conference on October 6 in person, and I respectfully request that the Court allow me to participate in the conference by telephone.

    Very truly yours,

    CHARLES J. HARDER Of
    **HARDER MIRELL & ABRAMS LLP**

cc:  Counsel of Record (via ECF)