

488 MADISON AVENUE, EIGHTEENTH FLOOR
NEW YORK, NY 10022 · 212.799.1400

132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS, CA 90212 · 424.203.1600

WWW.HMAFIRM.COM

September 12, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/17
```

**VIA ECF**

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

Re:   Yoron Cohen v. Jones Lang LaSalle IP, Inc., Case No. 17-cv-03471

Dear Judge Cote:

We represent plaintiff Yoron Cohen in this action. The Court has scheduled an Initial Case Management Conference for October 6, 2017 at 10:30 a.m.

I will be co-lead trial counsel with Anthony Harwood. I am located in the firm's Los Angeles office while Mr. Harwood is located in the firm's New York office. Mr. Harwood plans to attend the conference on October 6 in person, and I respectfully request that the Court allow me to participate in the conference by telephone.

Very truly yours,

*[signature]*

CHARLES J. HARDER Of
HARDER MIRELL & ABRAMS LLP

*Granted.*

*[signature]*
9/13/17

*[MEMO ENDORSED stamp]*

cc:  Counsel of Record (via ECF)