# Morgan Lewis

**Jason D. Burns**
Associate
+1.212.309.6342
jason.burns@morganlewis.com

October 2, 2017

**BY ECF**

The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

Re:   *Yoron Cohen v. Jones Lang LaSalle IP, Inc.*, et al., No.17-cv-3471

Dear Judge Cote:

We represent the Defendants in the above-referenced matter. In advanced of the parties' initial pretrial conference scheduled for October 6, 2017, before Your Honor, enclosed as Exhibit A pleased find the parties' jointly proposed civil case management plan and scheduling order.

Please contact me if you have any questions or would like to discuss.

Respectfully submitted,

*/s/ Jason D. Burns*

Jason D. Burns

Enclosure

cc:  All counsel of record (via ECF)