# Morgan Lewis

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel. +1.212.309.6000
Fax: +1.212.309.6001
www.morganlewis.com

**Jason D. Burns**
+1.212.309.6342
Jason.Burns@morganlewis.com

October 4, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-4-17
```

**BY ECF**

The Honorable Denise L. Cote, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15B
New York, New York 10007


MEMO ENDORSED

Re:   *Yoron Cohen v. Lang LaSalle IP, Inc., Peter Riguardi, and Stephen Schlegel*
      Case No. 17-CV-03471 (DLC)

Dear Judge Cote:

Our firm represents Defendants Jones Lang LaSalle Americas, Inc. ("JLL", incorrectly identified in the Complaint as "Lang LaSalle IP, Inc."), Peter Riguardi, and Stephen Schlegel (together, "Defendants") in the above-captioned matter. We write to request that Defendants' counsel, Michael Banks, be permitted to appear via telephone for the initial pre-trial conference that is scheduled in this matter on October 6, 2017 at 10:30 a.m. We make this request due to Mr. Banks' travel schedule for client commitments. Undersigned counsel will be appearing in person at the conference.

Thank you for Your Honor's consideration.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jason D. Burns*

Jason D. Burns

*Attorneys for Defendants*

Granted.
/s/ Denise Cote
10/4/17

cc: All counsel of record (*via ECF*)

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Singapore  Tokyo  Washington
Wilmington
DB1/ 92410326.1