UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>        Plaintiff,<br><br>v.<br><br>JONES LANG LASALLE IP, INC.,<br>PETER RIGUARDI,<br>and STEPHEN SCHLEGEL,<br><br>        Defendants. | No. 17-CV-03471- (DLC)<br><br>*ELECTRONICALLY FILED* |

### NOTICE OF APPEARANCE FOR RYAN J. STONEROCK

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Ryan J. Stonerock, of the law firm of Harder Mirell & Abrams LLP, as counsel of record for Plaintiff Yoron Cohen in the above-referenced action. I certify that I am admitted *Pro Hac Vice* to practice in this court.

Dated: October 4, 2017

                                                                          Respectfully submitted,

                                                                          HARDER MIRELL & ABRAMS LLP

                                                                          By: */s/ Ryan J. Stonerock*_____
                                                                                  Ryan J. Stonerock

                                                                          132 S. Rodeo Drive, Fourth Floor
                                                                          Beverly Hills, CA 90212
                                                                          TEL (424) 203-1600
                                                                          RStonerock@HMAFirm.com

{00084885;1}                                              1

**CERTIFICATION OF SERVICE**

I, Ryan J. Stonerock, an attorney, certify that I served the foregoing NOTICE OF APPEARANCE FOR RYAN J. STONEROCK by causing a true and correct copy of the same to be delivered via ECF to all parties of record:

On this 4th day of October, 2017

/s/ Ryan J. Stonerock_____
Ryan J. Stonerock
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
TEL (424) 203-1600
RStonerock@HMAFirm.com