```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
YORON COHEN,                             :
                                         :           17cv3471(DLC)
                        Plaintiff,       :
                                         :           PRETRIAL
             -v-                         :       SECHEDULNIG ORDER
                                         :
JONES LANG LASALLE IP, INC., PETER       :
RIGUARDI, and STEPHEN SCHLEGEL,          :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-6-17

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on October 6, 2017, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **October 10, 2017.**

2. No additional parties may be joined or pleadings amended after **October 13, 2017.**

3. The parties shall submit a protective order to the Court by **October 26, 2017.**

4. The parties shall raise any dispute regarding Electronically Stored Information ("ESI") discovery production by **November 2, 2017.**

5. The parties are instructed to contact the Southern District of New York's Mediation Program by **December 7, 2017** in order to pursue settlement discussions under its supervision sometime in **February 2018.**

6. All fact discovery must be completed by **March 30, 2017.**

7. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **April 20, 2018**
   - Opposition served by **May 11, 2018**
   - Reply served by **May 18, 2018**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

8. If the case survives summary judgment practice, expert discovery will follow.

   SO ORDERED:

Dated:   New York, New York
         October 6, 2017

                              _____
                                      DENISE COTE
                              United States District Judge