UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
YORON COHEN,                          :
                                      :         17cv3471(DLC)
                    Plaintiff,        :
                                      :         MEDIATION
            -v-                       :         REFERRAL ORDER
                                      :
JONES LANG LASALLE IP, INC., PETER    :
RIGUARDI, and STEPHEN SCHLEGEL,       :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. Mediation should be scheduled for February 2018. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

Dated:   New York, New York
         October 6, 2017

                                                      DENISE COTE
                                    United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10-6-17]