UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>          Plaintiff,<br><br>     v.<br><br>JONES LANG LASALLE IP, INC.,<br>PETER RIGUARDI,<br>and STEPHEN SCHLEGEL,<br><br>          Defendants. | No. 17-CV-03471- (DLC)<br><br><br>*ELECTRONICALLY FILED* |

### NOTICE OF APPEARANCE FOR ANTHONY J. HARWOOD

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Plaintiff Yoron Cohen in the above-referenced action and respectfully requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon the undersigned at the address set forth below.

Dated: October 12, 2017

                                           Respectfully submitted,

                                           HARDER MIRELL & ABRAMS LLP

                                           By: */s/ Anthony J. Harwood*_____
                                                   Anthony J. Harwood

                                           488 Madison Avenue, Eighteenth Floor
                                           New York, NY 10022
                                           TEL (212) 799-1400
                                           AHarwood@HMAFirm.com

**CERTIFICATION OF SERVICE**

I, Ryan J. Stonerock, an attorney, certify that I served the foregoing NOTICE OF APPEARANCE FOR ANTHONY J. HARWOOD by causing a true and correct copy of the same to be delivered via ECF to all parties of record:

On this 12th day of October, 2017

/s/ Anthony J. Harwood
Anthony J. Harwood
488 Madison Avenue, Eighteenth Floor
New York, NY 10022
TEL (212) 799-1400
AHarwood@HMAFirm.com