

488 MADISON AVENUE, EIGHTEENTH FLOOR
NEW YORK, NY 10022 · 212.799.1400

132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS, CA 90212 · 424.203.1600

WWW.HMAFIRM.COM

October 13, 2017

**BY ECF**

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    Yoron Cohen v. Jones Lang LaSalle IP, Inc., et al., 17-cv-03471-DLC

Dear Judge Cote:

    We represent plaintiffs in the referenced action. We write, with the approval of defense counsel, to submit the attached, proposed stipulation and order amending the complaint to substitute the correct corporate defendant, and to make other non-substantive changes. The proposed amended complaint is annexed as Exhibit A. A comparison showing changes from the original complaint is annexed as Exhibit B.

    We respectfully request that the Court grant the proposed stipulation and order.

                      Respectfully submitted,

                      Anthony J. Harwood Of
                  **HARDER MIRELL & ABRAMS LLP**

Cc:    Defense counsel (by ECF)