UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>    Plaintiff,<br><br>v.<br><br>JONES LANG LASALLE IP, INC.,<br>PETER RIGUARDI,<br>and STEPHEN SCHLEGEL,<br><br>    Defendants. | No. 17-cv-03471-DLC<br><br>**STIPULATION AND ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____ DATE FILED: 10/13/17 |

The Parties to this action, by their undersigned counsel, hereby stipulate and agree:

1.  Defendants consent to the amendment of the complaint in the form annexed as Exhibit A, to allow for the substitution of Jones Lang LaSalle Americas, Inc. in place of Jones Lang LaSalle IP, Inc. as a defendant in this action. A comparison of the amended complaint to the original complaint showing changes is annexed as Exhibit B.

2.  Defendants accept electronic filing of the amended complaint as good and sufficient service pursuant to the Federal Rules of Civil Procedure.

3.  Defendants' Answer to the original complaint (see Dkt. No. 17) shall be deemed their Answer to the Amended Complaint, provided that Defendants' response to Paragraph 5 of the Amended Complaint shall be: "Deny the allegations in Paragraph 5, except as follows: Defendants admit that Jones Lang LaSalle Americas, Inc. is a Maryland corporation that conducts business in Chicago, Illinois.

So ordered.

*[signature]*
10/13/17

{00085083;2}        1

Dated: New York, New York
October 13, 2017

Respectfully submitted,

By: /s/ Charles Harder
Charles J. Harder, Esq.
HARDER MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Tel. (424) 203-1600

By: /s/ Anthony Harwood
Anthony J. Harwood, Esq.
HARDER MIRELL & ABRAMS LLP
488 Madison Avenue, Eighteenth Floor
New York, NY 10022
Tel. (212) 799-1400
*Counsel for Plaintiff*

By: /s/ Jason D. Burns
Jason D. Burns
101 Park Avenue
New York, NY 10178
Tel. (212) 309-6000
*Counsel for Defendants*

**SO ORDERED:**

_____
Denise L. Cote, U.S.D.J.