

488 MADISON AVENUE, EIGHTEENTH FLOOR
NEW YORK, NY 10022 · 212.799.1400

132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS, CA 90212 · 424.203.1600

WWW.HMAFIRM.COM

October 26, 2017

**BY ECF**

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    Yoron Cohen v. Jones Lang LaSalle IP, Inc., et al., 17-cv-03471-DLC

Dear Judge Cote:

    We represent plaintiff in the above-referenced action. We write, with the approval of defense counsel, to submit the attached proposed stipulated confidentiality agreement and protective order.

    We respectfully request that the Court grant the proposed protective order.

    Respectfully submitted,

Anthony J. Harwood Of
**HARDER MIRELL & ABRAMS LLP**

Cc:    Defense counsel (by ECF)