# Morgan Lewis

**Jason D. Burns**
Associate
+1.212.309.6342
jason.burns@morganlewis.com

November 2, 2017

**BY ECF**

The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

Re:     Yoron Cohen v. Jones Lang LaSalle IP, Inc., et al., No.17-cv-3471

Dear Judge Cote:

We represent Defendants Jones Lang LaSalle Americas, Inc. ("JLL" or the "Company"), Peter Riguardi, and Stephen Schlegel ("Defendants") in the above-referenced matter and write jointly with Plaintiff Yoron Cohen to request a brief extension of the parties' November 2, 2017 deadline to submit any disputes to the Court regarding the production of electronically stored information ("ESI"). The parties request an extension until **Tuesday, November 7, 2017**. The parties have been negotiating an ESI protocol in good faith and expect to finalize and submit that protocol for the Court's consideration shortly. The parties submit that the requested extension will allow the parties to resolve any outstanding issues regarding the ESI protocol without involvement by the Court.

This is the first such request for an extension of time.

We thank Your Honor for the Court's attention to this matter.


Respectfully submitted,


*/s Jason D.Burns*
Jason D. Burns

*Counsel for Defendants*