UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YORON COHEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>JONES LANG LASALLE AMERICAS, INC., PETER RIGUARDI, and STEPHEN SCHLEGEL,<br><br>                    Defendants. | No. 17-CV-03471<br><br>**PLAINTIFF'S MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN THE UNITED KINGDOM (LETTERS ROGATORY)** |

**PLEASE TAKE NOTICE** that the undersigned attorneys for plaintiff Yoron Cohen will apply before the Honorable Denise L. Cote of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pear Street, New York, New York 10007, in Courtroom 15B, at a time to be determined by the Court, for the issuance of a Request for International Judicial Assistance (Letters Rogatory) pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters and 28 U.S.C. § 1781(b)(2), in the form attached hereto as **Exhibit 1**. In support of this Motion, Mr. Cohen relies upon the accompanying Memorandum of Law and supporting exhibits. Defendants have been provided with a copy of this Motion, the Memorandum of Law and Request for International Judicial Assistance in advance of this filing, but have advised Plaintiff that they will not consent to this Motion.

{00087086;1}                                                         1

Dated:  January 5, 2018

Respectfully submitted,

By:   /s/ Ryan J. Stonerock
Ryan J. Stonerock, Esq.
Charles J. Harder, Esq.
HARDER MIRELL & ABRAMS LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Tel. (424) 203-1600
Email:  rstonerock@hmafirm.com
Email:  charder@hmafirm.com

Anthony J. Harwood, Esq.
HARDER MIRELL & ABRAMS LLP
488 Madison Avenue, Eighteenth Floor
New York, New York 10022
Tel. (212) 799-1400
Email:  aharwood@hmafirm.com

*Counsel for Plaintiff Yoron Cohen*