# EXHIBIT D



# News release

**NEW YORK, NY**

# JLL Taps Gavin Morgan to Oversee Capital Markets Group in New York

18 December, 2015

*Morgan joins New York team from leadership role in Hong Kong; will develop, implement vision & strategy to further expand JLL's investment sales, debt businesses*



**NEW YORK, December 16, 2015** — JLL has tapped Gavin Morgan, vice chairman, to serve as head of the firm's Capital Markets Group in the New York. He is tasked with overseeing JLL's investment sales and debt businesses, and developing and implementing a clear vision and growth strategy for the group throughout the city.



Morgan, 45, has nearly 25 years of experience in business growth, management and commercial real estate, focusing on capital transactions, agency leasing and tenant representation transactions, and investment management for a wide variety of clients. He has extensive experience providing strategic advice to investors and implementing transactions across a broad range of commercial projects including specialty retail, entertainment venues, campus office parks and some of the world's largest tower office buildings.

"Gavin Morgan was a terrific choice to take our high-performance Capital Markets Group to the next level," said Stephen Schlegel, JLL's market director for the New York tri-state region. "With a successful career in Europe and Asia Pacific focused on landlord advisory work, he also has deep experience with many major tenants, affording him unique insights and an edge when advising on investment opportunities. Internally, he will use his expertise and relationships to connect Capital Markets Group professionals across all service lines, integrate talent, and provide overall leadership and oversight within New York."

Prior to joining JLL in New York, Morgan served as COO for Hong Kong, Taiwan and Macau. He developed and led the largest, most experienced landlord advisory and leasing team in these markets, while managing JLL's overall operations and business growth.

Morgan received a diploma in land administration from the Belfast Institute of Further and Higher Education and earned a bachelor's degree in estate management from the University of Ulster in Northern Ireland. He is a Royal Institution Of Chartered Surveyors-accredited Chartered Surveyor and a licensed estate agent in Hong Kong.

JLL is a leader in the New York tri-state commercial real estate market, with more than 2,000 of the most recognized industry experts offering brokerage, capital markets, property/facilities management, consulting, and project and

**Contacts**

George Shea, Mark Faris
+1-212-627-5766
mfaris@sheacommunications.com

industry experts offering brokerage, capital markets, property/facilities management, consulting, and project and development services. In the most recent full year, the firm completed 4,485 investment sales and debt and equity lease transactions, arranged investment sales transactions valued at more than $5.4 billion, managed projects valued at $7.6 billion, and oversaw a property management, facilities management and agency leasing portfolio exceeding 163 million square feet.

**About JLL**
JLL (NYSE: JLL) is a professional services and investment management firm offering specialized real estate services to clients seeking increased value by owning, occupying and investing in real estate. A Fortune 500 company with annual fee revenue of $4.7 billion and gross revenue of $5.4 billion, JLL has more than 230 corporate offices, operates in 80 countries and has a global workforce of approximately 58,000.  On behalf of its clients, the firm provides management and real estate outsourcing services for a property portfolio of 3.4 billion square feet, or 316 million square meters, and completed $118 billion in sales, acquisitions and finance transactions in 2014. Its investment management business, LaSalle Investment Management, has $57.2 billion of real estate assets under management. JLL is the brand name, and a registered trademark, of Jones Lang LaSalle Incorporated. For further information, visit www.jll.com.



**Worldwide**
View global site
Investor Relations

**Information for**
Investors
Tenants and Corporates

**Learn more about**
Awards and recognition
Corporate responsibility
Diversity and Inclusion
Sustainability
Workplace safety

**Research & insights**
Industrial and Logistics
Industries
Office
Real Views
The Investor

Contact us

**Follow us**

Privacy Statement | Terms Of Use | Site Map

© Copyright 2017 Jones Lang LaSalle, IP, Inc.