```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
YORON COHEN,                             :     17cv3471(DLC)
                                         :
                                         :     ORDER
                    Plaintiff,           :
                                         :
         -v-                             :
                                         :
JONES LANG LASALLE IP, INC., PETER       :
RIGUARDI, and STEPHEN SCHLEGEL,          :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 5, 2018, the plaintiff filed a motion for issuance of letters rogatory as to a third party, Gavin Morgan, based in the United Kingdom. Accordingly, it is hereby

ORDERED that defendants' opposition to the motion, if any, shall be filed by **January 10, 2018.**

Dated:   New York, New York
         January 5, 2018

                              _____
                                       DENISE COTE
                              United States District Judge