```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
YORON COHEN,                            :     17cv3471(DLC)
                                        :
                                        :        ORDER
                    Plaintiff,          :
                                        :
         -v-                            :
                                        :
JONES LANG LASALLE IP, INC., PETER      :
RIGUARDI, and STEPHEN SCHLEGEL,         :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-11-2018

DENISE COTE, District Judge:

Having received defendants' response to the plaintiff's motion for issuance of letters rogatory, it is hereby

ORDERED that the plaintiffs' motion is granted.

IT IS FURTHER ORDERED that the parties shall promptly meet and confer and advise the Court as to any remaining dispute regarding the language of the proposed Request for International Judicial Assistance to Obtain Evidence in the United Kingdom ("Request") by January 15, 2018. If there is no dispute, or if no joint Request is filed by January 15, the Court shall sign the proposed Request filed on January 10, 2018 (Dkt. No. 44-1) and deliver it to the Orders and Judgments Clerk.

Dated:    New York, New York
          January 11, 2018

                              _____
                                      DENISE COTE
                              United States District Judge