

488 MADISON AVENUE, EIGHTEENTH FLOOR
NEW YORK, NY 10022 • 212.799.1400

132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS, CA 90212 • 424.203.1600

WWW.HMAFIRM.COM

January 12, 2018

**BY ECF**

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    Yoron Cohen v. Jones Lang LaSalle IP, Inc., et al., 17-cv-03471-DLC

Dear Judge Cote:

    We represent Plaintiff Yoron Cohen in the above-referenced action. Pursuant to the Court's January 11, 2018 Order on Plaintiff's Motion for Issuance of Letters Rogatory, Plaintiff submits the attached Request for Judicial Assistance. All of the language in the Request has been agreed upon by Plaintiff and Defendants

    We respectfully request that the Court execute this Request.

Respectfully submitted,

Ryan J. Stonerock Of
**HARDER MIRELL & ABRAMS LLP**

Cc:    Defense counsel (by ECF)