**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YORON COHEN,<br><br>               Plaintiff,<br><br>      v.<br><br>JONES LANG LASALLE AMERICAS,<br>INC., PETER RIGUARDI,<br>and STEPHEN SCHLEGEL,<br><br>               Defendants. | No. 17-CV-03471<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

       **PLEASE TAKE NOTICE** that effective Monday, February 5, 2018, the firm name of **HARDER MIRELL & ABRAMS LLP** has changed.  The new firm name is **HARDER LLP**.

       **PLEASE TAKE FURTHER NOTICE** that all mailing addresses, telephone numbers and facsimile numbers have remained the same.  The email addresses for Charles J. Harder, Ryan J. Stonerock and Anthony J. Harwood have changed to charder@harderllp.com, rstonerock@harderllp.com and aharwood@harderllp.com, respectively.

       All papers and documents served in connection with this case should be served upon counsel for Plaintiff at the addresses below.

Dated: February 13, 2018

                            Respectfully submitted,

                            By:  __ /s/ Ryan J. Stonerock_____
                            Charles J. Harder, Esq.
                            Ryan J. Stonerock, Esq.
                            **HARDER LLP**
                            132 S. Rodeo Drive, Fourth Floor
                            Beverly Hills, California 90212
                            Tel. (424) 203-1600
                            Email:  charder@harderllp.com
                                          rstonerock@harderllp.com

Anthony J. Harwood, Esq.
**HARDER LLP**
488 Madison Avenue, Eighteenth Floor
New York, New York 10022
Tel. (212) 799-1400
Email:  aharwood@harderllp.com

*Counsel for Plaintiff Yoron Cohen*