

488 MADISON AVENUE, EIGHTEENTH FLOOR
NEW YORK, NY 10022 · 212.799.1400

132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS, CA 90212 · 424.203.1600

WWW.HARDERLLP.COM

February 27, 2018

**BY ECF**
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

      Re:    *Yoron Cohen v. Jones Lang LaSalle IP, Inc., et al.*, 17-cv-03471-DLC

Dear Judge Cote:

      We write on behalf of plaintiff in this action to submit a request for an informal pre-motion discovery conference on deposition scheduling. I conferred in good faith with Jason Burns, counsel for defendants, in an effort to resolve this issue without the intervention of the Court, but those efforts were unsuccessful.

      The deadline in this case for completing fact discovery is March 30, 2018. The parties have produced documents and responded to interrogatories. On February 7, 2018, we served deposition notices for the depositions of the two individual defendants, Peter Riguardi and Stephen Schlegel, to be held on February 20, 2018 and March 2, 2018, respectively, and three current employees of the corporate defendant Jones Lang LaSalle ("JLL"), namely, Anthony Ledesma, Glenn Tolchin and Yoav Oelsner, to be held on February 21, 22 and 23, 2018, respectively.

      On February 8, 2018, as part of the Court ordered mediation process, we received a request from defendants, through the mediator, to adjourn the depositions. We responded that we would do so if defendants' counsel would negotiate a new schedule for the depositions of those witnesses should the mediation prove unsuccessful, which it has.

      On February 13, 2018, I spoke by telephone with Mr. Burns about setting a new schedule for the depositions of the noticed depositions, including the deposition of our client, plaintiff Yoron Cohen. Mr. Burns said he would respond with proposed dates by the end of that week (February 19). He did not, and to date, Mr. Burns still has not done so, despite my emails to him on February 19, February 20, February 22, and February 26, asking him to provide dates and advising that we would seek Court intervention if necessary. We have stood ready to work with defense counsel to negotiate a schedule that accommodates the schedules of the witnesses and

Honorable Denise Cote
February 27, 2018

defense counsel, however, we cannot do that without their cooperation, which we have not received.

    Because defense counsel had not cooperated with us to negotiate a deposition schedule, on February 26, we served amended deposition notices setting the following schedule:

    March 6:  Peter Riguardi
    March 8:  Stephen Schlegel
    March 19: Glenn Tolchin
    March 21: Yoav Oelsner, and
    March 23: Anthony Ledesma

    We did not schedule depositions for the week of March 12 because I expect to be in trial in another case on that date, and we have depositions of non-party witnesses scheduled for March 13 and 14.  We also have a non-party witness deposition scheduled for March 20.

    We respectfully request that the Court order the defendants and their employees to appear for deposition on the dates set in the amended deposition notices, or on other dates that the Court determines are appropriate.

    Respectfully yours,

    Anthony J. Harwood  Of
    **HARDER LLP**