UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
                                      :
YORON COHEN,                          :  No. 1:17-cv-03471-DLC
                                      :
           Plaintiff,                 :
                                      :
                                      :
       -against-                      :  NOTICE OF APPEARANCE
                                      :
                                      :
JONES LANG LASALLE IP, INC., PETER    :
RIGUARDI, and STEPHEN SCHLEGEL,       :
                                      :
           Defendants.                :
                                      :
------------------------------------- X

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Jay Ward Brown, undersigned attorney with Ballard Spahr LLP, hereby enters his appearance as counsel in this civil action on behalf of Non-party Mark Maurer. Any and all further correspondence directed to Mr. Maurer regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  New York, New York          Respectfully submitted,
        March 1, 2018
                                    BALLARD SPAHR LLP

                                    By:  /s/ Jay Ward Brown
                                         Jay Ward Brown
                                    Ballard Spahr LLP
                                    1909 K Street, NW, 12th Floor
                                    Washington, DC 20006
                                    Tel: (202) 508-1136
                                    Fax: (202) 661-2299
                                    brownjay@ballardspahr.com

                                    *Counsel for Non-party Mark Maurer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2018, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

*/s/ Jay Ward Brown*
Jay Ward Brown