```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
YORON COHEN,                             :    17cv3471(DLC)
                                         :
                              Plaintiff, :    ORDER OF
                                         :    DISCONTINUANCE
            -v-                          :
                                         :
JONES LANG LASALLE IP, INC., PETER       :
RIGUARDI, and STEPHEN SCHLEGEL,          :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 18, 2018.**

Dated:   New York, New York
         March 19, 2018

                                     _____
                                            DENISE COTE
                                     United States District Judge