**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

YORON COHEN,

                Plaintiff,                  STIPULATION OF DISMISSAL

       - against -                          Case No. 17-cv-03471 (DLC)

JONES LANG LASALLE AMERICAS, INC., PETER
RIGUARDI, and STEPHEN SCHLEGEL

                Defendants.

------------------------------------------------------------------------- x

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff Yoron Cohen ("Plaintiff") and Defendants Jones Lang LaSalle Americas, Inc., Peter Riguardi and Stephen Schlegel (together, "Defendants"), through the parties' undersigned counsel, that the above-captioned action is dismissed with prejudice against all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure  This stipulation and dismissal completely terminates the above-captioned action against all parties.  Each party will bear his or its own attorneys' fees and costs.

Dated: March 15, 2018

| HARDER LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: _____<br>Anthony J. Harwood<br>Charles J. Harder<br>Ryan J. Stonerock<br>488 Madison Avenue, 18th Floor<br>New York, New York 10022<br><br>*Attorneys for Plaintiff* | By: _____<br>Jason D. Burns<br>101 Park Avenue<br>New York, New York 10178<br>(212) 309-6342<br><br>*Attorneys for Defendants* |