**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

YORON COHEN,

        Plaintiff,

- against -

JONES LANG LASALLE AMERICAS, INC., PETER RIGUARDI, and STEPHEN SCHLEGEL

        Defendants.

-------------------------------------------------------------- x

STIPULATION OF DISMISSAL
Case No. 17-cv-03471 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-29-2018

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff Yoron Cohen ("Plaintiff") and Defendants Jones Lang LaSalle Americas, Inc., Peter Riguardi and Stephen Schlegel (together, "Defendants"), through the parties' undersigned counsel, that the above-captioned action is dismissed with prejudice against all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure  This stipulation and dismissal completely terminates the above-captioned action against all parties. Each party will bear his or its own attorneys' fees and costs.

Dated: March 15, 2018

HARDER LLP

By: _____
Anthony J. Harwood
Charles J. Harder
Ryan J. Stonerock
488 Madison Avenue, 18th Floor
New York, New York 10022

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Jason D. Burns
101 Park Avenue
New York, New York 10178
(212) 309-6342

*Attorneys for Defendants*

So ordered.

/s/ Denise Cote
3/29/18

10